

# Fourth Court of Appeals
## San Antonio, Texas

September 5, 2018

No. 04-18-00357-CR & 04-18-00358-CR

Carlos Javier **CHAVEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the County Court at Law No. 6, Bexar County, Texas
Trial Court No. 551667 & 551669
Honorable Wayne A. Christian, Judge Presiding

# O R D E R

Appellant's brief was due August 6, 2018, but was not filed. This court notified appellant's appointed counsel, Suzanne M. Kramer, of the deficiency on August 9, 2018. *See* TEX. R. APP. P. 38.8(b)(2). The letter required appellant to respond in writing within ten days, explaining why the brief has not been filed and demonstrating that counsel has taken affirmative steps to prepare and file the brief. The letter further advised counsel that if an adequate response was not timely filed, the court would abate the appeal for an abandonment hearing in the trial court. We received no response. Therefore, pursuant to Rule 38.8(b)(2) of the Texas Rules of Appellate Procedure, we ordered this appeal abated and remanded to the trial court for a hearing to determine whether: (1) appellant desires to prosecute his appeal; and (2) counsel has abandoned the appeal. *See id.* We further ordered the trial court to make written findings and conclusions on these issues. *See id.* R. 38.8(b)(3). On September 4, 2018, supplemental clerk's records containing the trial court's findings of fact and conclusions of law were filed in this court. In its findings, the trial court found that "Appellant's attorney, Ms. Suzanne Kramer, confirmed that Appellant does desire to continue to prosecute the appeal" and **"Appellant's attorney, Ms. Suzanne Kramer informed the court that she had reviewed the record in this case and would be filing a brief on August 30, 2018."** (emphasis added). Despite Ms. Kramer's statement to the trial court, no brief has been filed in this court.

Accordingly, we **ORDER** this appeal reinstated on the court's docket and adopt the findings and conclusions of the trial court. We **ORDER** attorney Suzanne M. Kramer to file appellant's brief in this court on or before **October 5, 2018**. No further extensions of time will be granted absent written proof of extraordinary circumstances. If attorney Suzanne M. Kramer

fails to file appellant's brief by the date ordered, she may be ordered to appear and show cause why she should not be held in civil or criminal contempt of this court or otherwise sanctioned.

We further **ORDER** the clerk of this court to serve this order on attorney Suzanne M. Kramer by first class United States mail and by certified mail, return receipt requested, with delivery restricted to addressee only, or give other personal notice of this order with proof of delivery.

We **order** the clerk of this court to serve a copy of this order on the trial court and all counsel.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of September, 2018.

_____
Keith E. Hottle,
Clerk of Court